**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                        Case No.: 12-20583

OSCAR TIMOTHY SUSSMAN,

        Defendant.

_____/

## ORDER FINDING DEFENDANT OSCAR SUSSMAN COMPETENT TO STAND TRIAL

On May 3, 2012, this Court ordered that a psychologist employed by the United States be appointed, authorized and directed to examine the mental condition of defendant Oscar Sussman pursuant to the Insanity Defense Reform Act, 18 U.S.C. §§ 4241-4247. The Court, having received a written report from the examining psychiatrist/psychologist as requested in the Court's Order and having conducted a competency hearing on September 11, 2012, hereby FINDS the defendant, Oscar Timothy Sussman, competent to stand trial pursuant to the Insanity Defense Reform Act. At the September 11, 2012 competency hearing, no objection was received to

this finding from the defendant, counsel for the government or counsel for the defendant.

**IT IS SO ORDERED.**

S/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated:  September 12, 2012

*CERTIFICATE OF SERVICE*

*I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 12, 2012.*

*S/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5540*