UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                CR. NO. 12-20583

v.

                                    JUDGE ROBERT H. CLELAND

OSCAR TIMOTHY SUSSMAN,

        Defendant.

_____/

## **ORDER TO DISCLOSE VICTIM IMPACT INFORMATION AND PROTECTIVE ORDER**

This matter having come before the Court on Defendant's Counsel's request that the Probation Department disclose victim impact information in above matter and the Court being fully apprized of the circumstances:

**IT IS ORDERED** that the Probation Department provide to counsel for the parties any victim impact statements and supporting documentation. The information provided may be redacted as to addresses, phone numbers and other contact information of any potential victims in this matter.

**IT IS FURTHER ORDERED** that the victim impact information may only be viewed by the defendant's attorney, Andrew Wise (and secretaries, clerical workers, paralegals, investigators hired by Mr. Wise, and experts retained to assist him in the preparation of this case for plea and sentencing, collectively the "defense team"), and will

not be provided to the defendant, and will remain at all times in the control and custody of Mr. Wise and/or the defense team. The defense team shall not disclose the contents of the victim information to anyone else. Each person on the defense team that views the victim impact information shall sign a copy of this protective order indicating that they understand the limited purpose for which the material is being disclosed and the prohibition against further dissemination.

Nothing contained in this Order shall restrict or prevent any party from using any materials at the plea or sentencing to the extent otherwise permitted by law or restrict or prevent any party from citing any materials in court papers filed in this case, provided such filings are made under seal where appropriate.

In the event the terms of this agreement are violated, defense counsel shall advise the attorneys for the government immediately of the nature and circumstances of such violation.

    S/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated: February 12, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 12, 2013, by electronic and/or ordinary mail.

    S/Lisa Wagner  
Case Manager and Deputy Clerk  
(313) 234-5522